No. 04–1000. UNUM LIFE INSURANCE COMPANY OF AMERICA v. FOUGHT. C. A. 10th Cir. Motion of America's Health Insur-

ance Plans et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.